UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-------------------------------
In Re:

Tamara J. McNaughton and Shaun M. McNaughton

<u>ORDER</u>

Debtors.

Chapter 13, Case No. 09-34233
-------------------------------

This case came before the court on the motion of JPMorgan Chase Bank, N.A. fka Washington Mutual Bank, N.A., pursuant to 11 U.S.C. Section 362 on February 23, 2010, at the U.S. Bankruptcy Court, St. Paul, Minnesota.

IT IS ORDERED:

The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, has an interest under mortgage document no. A356774, said property legally described as follows, to-wit:

Lot Seventeen (17), Block One (1), Pleasantwood Addition Plat 2, Benton County, Minnesota.

The movant, its successors and assigns, may proceed to foreclose its mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately

Dated: February 23, 2010.

*/e/ Gregory F. Kishel*

Gregory F. Kishel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/23/2010*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk